**FILED**
October 31, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROBERT OHDE, ) <br> ) <br> Defendant. ) | Case No. 2:14-MJ-00250-DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROBERT OHDE</u>, Case No. <u>2:14-MJ-00250-DAD</u>, Charge <u>Title 18 USC § 111(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✔   Release on Personal Recognizance

__   Bail Posted in the Sum of $__

   __   Unsecured Appearance Bond

   __   Appearance Bond with 10% Deposit

   __   Appearance Bond with Surety

   __   Corporate Surety Bail Bond

✔   (Other)   <u>Sacramento County Jail to release dft on Saturday morning. Release Officer shall make arrangements for dft to be transported to Kaiser South for readmittance.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 31, 2014</u> at <u>2:40</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge